UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY OF COTTLEVILLE, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17 CV 2150 RWS |
| ) | |
| T-MOBILE CENTRAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

After careful consideration in light of the relevant standards,

**IT IS HEREBY ORDERED** that defendant's motion to compel [54] is granted to the following extent: where the discovery requests seek information for the past ten years, plaintiff is only required to provide the information for the past five years. In all other respects, the motion to compel is granted, and plaintiff is required to provide responses, in writing and under oath, and documents, without objection to the interrogatories and document requests at issue in the motion, within 20 days of the date of this Order, unless the parties agree to an extension of time for production.

                                                _____
                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2018.