UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY OF COTTLEVILLE, MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17 CV 2150 RWS |
| ) | |
| T-MOBILE CENTRAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

As defendant seeks only to eliminate certain affirmative defenses from its answer to second amended complaint,

**IT IS HEREBY ORDERED** that defendant's motion for leave to file amended answer [66] is granted, and defendant's amended answer is deemed filed as of this date.

**IT IS FURTHER ORDERED** that defendant's motion for leave to file a memorandum in excess of the page limit [67] is granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2018.